**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Joseph Alan MANUEL, Defendant— Appellant.**

**No. 05–10379.**

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Decided July 28, 2006.

Camil A. Skipper, USSAC—Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Donald S. Frick, Esq., Sacramento, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Joseph Alan Manuel appeals from the 60–month sentence imposed following his guilty-plea conviction for possession of digital images of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Manuel fails to show plain error in the district court's finding that Manuel willfully obstructed justice by absconding from pretrial supervision and by failing to appear for a change of plea hearing. Manuel's obstructive conduct related to his offense of conviction, which was charged in both the original and superceding indictments. *See* U.S.S.G. § 3C1.1 cmt. n. 4(e).

Further, in light of the proper finding regarding Manuel's obstruction of justice, the district court did not clearly err in finding that his case was not an "extraordinary" case worthy of a downward adjustment for acceptance of responsibility. *See* U.S.S.G. § 3E1.1, cmt. n. 3–4; *see also United States v. Thompson*, 80 F.3d 368, 371 (9th Cir.1996) (timely guilty plea and apology at sentencing do not outweigh fact defendant absconded before sentencing and thus case was not "extraordinary").

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

